UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JONATHAN DELIFUS,

    Plaintiff,

v.                                           Case No. 3:13-cv-1502-J-39PDB

THE CITY OF JACKSONVILLE, a
Florida Municipal Corporation,

    Defendant.
_____/

## ORDER

1. The parties' Joint Motion for Extension of Abeyance of Case [Doc. 46] is **GRANTED**.

2. The parties shall have until **September 16, 2015**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

3. If the parties have not so stipulated or moved the Court by the **September 16, 2015** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall close the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of June, 2015.

_____
BRIAN J. DAVIS
United States District Judge

mg
Copies furnished to:

Counsel of Record